**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00189-CMA-19

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19.  ERNESTO ALEJANDRO GUTIERREZ,
     a/k/a "El Diablo," "Guerro," "Ernesto Gutierrez,"

    Defendants.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the Change of Plea hearing in this matter is RESET for **January 8, 2010 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than December 31, 2009. If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED:  November 9, 2009