IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00189-CMA-19

UNITED STATES OF AMERICA,

   Plaintiff,

v.

19. ERNESTO ALEJANDRO GUTIERREZ,
   a/k/a "El Diablo," "Guerro," "Ernesto Gutierrez,"

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

   In preparation for Defendant Gutierrez's sentencing on March 19, 2010 in the above matter, the Court notes that Mr. Gutierrez's plea agreement (Doc. # 524, ¶ 8) sets forth as follows:

> [I]f the United States Attorney's Office . . . determines, in its sole discretion, that the defendant has cooperated fully, . . . the Government, at the time of sentencing, will file a motion . . . pursuant to Section 5K1.1 of the Sentencing Guidelines, . . . .

To date, no such motion has been filed. The Court hereby ORDERS the Government, by <u>no later than noon March 19, 2010</u>, to either file such motion or indicate to the Court that it does not intend to file such a motion.

   DATED: March 18, 2010