IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00189-CMA-19

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**19. ERNESTO ALEJANDRO GUTIERREZ,**
    **a/k/a "El Diablo," "Guerro," "Ernesto Gutierrez,"**

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between Plaintiff's and Defendant's counsel and Chambers staff, the Sentencing of Defendant Gutierrez is RESET to **May 10, 2010 at 8:30 a.m.**

    DATED: April 1, 2010