# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number: 09-cr-00189-CMA-19 |
| | USM Number: 02945-180 |
| ERNESTO ALEJANDRO GUTIERREZ "El Diablo" "Guerro" "Ernesto Gutierrez" | Brian Rowland Leedy, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to Violation 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 3 | Failure to Follow the Instructions of the Probation Officer | 12/05/2014 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Court dismissed violations 1 and 2 for lack of evidence.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

06/30/2015
Date of Imposition of Judgment

*Christine M Arguello*
Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

July 9, 2015
Date

DEFENDANT:  ERNESTO ALEJANDRO GUTIERREZ
CASE NUMBER:  09-cr-00189-CMA-19                                                                 Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months.

The court recommends that the Bureau of Prisons designate the defendant to the facility in Englewood, Colorado, in order to have the support of nearby family.  Further, the court recommends that the sentence begin immediately upon being imposed.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

 

 

 

 

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal